Order on Chapter 13 Debtor's Motion - Page 1

F 3015-1.14

| In re: **FRANK ARNOLD CASTILLO** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:13-bk-16249-WJ** |

ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501-3332
(951) 826-8000   FAX (951) 826-8090

☐ Attorney for
☒ Chapter 13 Trustee

FOR COURT USE ONLY

LODGED AUG - 7 2013 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED AUG - 8 2013 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

FILED AUG - 8 2013 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Chapter: 13**
Case Number: **6:13-bk-16249-WJ**

In re: **FRANK ARNOLD CASTILLO**

Debtor(s)

(No Hearing Required)

## ORDER DISMISSING CHAPTER 13 CASE

The court having reviewed the Trustee's declaration in support of motion to dismiss and being familiar with the contents of the court's file and good cause appearing:

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated: 8/8/13

_Wayne Johnson_
United States Bankruptcy Judge

FG:164 - th